IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Dorothy D

Printed: 10/29/08

Case Number: 05 B 38392
Judge: Wedoff, Eugene R
Filed: 9/19/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,339.44 |  |
| Secured: |  | 9,182.89 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 656.55 |
| Other Funds: |  | 0.00 |
| Totals: | 12,339.44 | 12,339.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,500.00 | 2,500.00 |
| 2. | Americredit Financial Ser Inc | Secured | 16,568.68 | 9,182.89 |
| 3. | Aero Advance | Unsecured | 210.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Unsecured | 2,463.88 | 0.00 |
| 5. | Capital One | Unsecured | 324.52 | 0.00 |
| 6. | Universal Lenders Inc | Unsecured | 1,249.05 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 213.02 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 225.73 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 468.45 | 0.00 |
| 10. | Cash Advance | Unsecured | | No Claim Filed |
| 11. | ER Solutions | Unsecured | | No Claim Filed |
| 12. | Pay Day Loans | Unsecured | | No Claim Filed |
| 13. | Nextel Communications | Unsecured | | No Claim Filed |
| 14. | First Premier | Unsecured | | No Claim Filed |
| | | | $ 24,223.33 | $ 11,682.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 169.41 |
| 5% | 61.60 |
| 4.8% | 137.98 |
| 5.4% | 232.31 |
| 6.5% | 55.25 |
| | $ 656.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Johnson, Dorothy D | Case Number:  05 B 38392 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/29/08 | Filed:  9/19/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

